# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEMAINE MONTEIL CANNON, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV 08-191-RAW-SPS |
| CHESTER MASON, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion to proceed *in forma pauperis* and supporting affidavit in conformance with 28 U.S.C. § 1915(a). Having reviewed the motion, the court finds plaintiff is entitled to proceed without full prepayment of the filing fee, and the motion is GRANTED. Plaintiff already has paid his initial partial filing fee of $22.53, pursuant to 28 U.S.C. § 1915(b)(1), and he is required to pay a **$432.47 balance** of the $455.00 filing fee as set forth below.

**IT IS HEREBY ORDERED** that plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to his prison account(s) until the total filing fee of $455.00 has been paid. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is hereby directed to collect and forward the monthly payments to the Clerk of the Court when plaintiff's prison account(s) exceed $10.00, until the $455.00 filing fee is paid in full. *Id*.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order to plaintiff's custodian and to the trust fund officer at plaintiff's institution.

**IT IS SO ORDERED** this 17th day of April 2009.

**Dated this 17th Day of April 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0